**Opinion filed February 28, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00020-CR

_____

## TROY CLAUDE SCOTT LUCUS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. CR14789**

## M E M O R A N D U M   O P I N I O N

Appellant, Troy Claude Scott Lucus, filed a pro se notice of appeal related to the trial court's January 10, 2020 "Order Regarding Motion for Relief." We dismiss the appeal for want of jurisdiction.

When the appeal was filed in this court, we notified Appellant by letter that the order from which he attempted to appeal did not appear to be a final, appealable order. We requested that Appellant respond and show grounds to continue, and we informed him that this appeal may be dismissed. Appellant filed a response but has

not shown grounds upon which this appeal may continue. Appellant seeks relief from the court-appointed attorney's fees and costs that were assessed against him, and he contends that the trial court's order denying that relief is "final" and appealable.

An appellate court has jurisdiction to consider an appeal by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). The January 10, 2020 order from which Appellant attempts to appeal is not a final judgment of conviction, nor is an appeal from that order otherwise authorized by law. Therefore, we have no jurisdiction to entertain an appeal from that order.

We note that the judgment on file in this cause reflects that, in March 2017, Appellant was convicted of the second-degree felony offense of burglary of a habitation and sentenced to confinement for a term of ten years and a fine of $1,500. The 2017 judgment reflects that Appellant had entered into a plea bargain and that his punishment, court costs, and attorney's fees were included in the terms of the plea agreement. Appellant now seeks relief from the 2017 judgment. *See Ex parte Knight*, 401 S.W.3d 60, 65–67 (Tex. Crim. App. 2013) (addressing available relief).

We dismiss this appeal for want of jurisdiction.


PER CURIAM

February 28, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.